UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Ft. Lauderdale Division

Case No.:

VANESSA SCHUBERT
     Plaintiff,

vs.

CLASSIC CRUISES HOLDINGS S.
DE R.L. d/b/a REGENT SEVEN SEAS
CRUISES,

     Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, VANESSA SCHUBERT, by and through her undersigned attorneys, and sues the Defendant, CLASSIC CRUISES HOLDINGS S. DE R.IL, a foreign limited liability company, d/b/a REGENT SEVEN SEAS CRUISES, and for her cause of action alleges:

1.     That the Court has jurisdiction of this action pursuant to 28 U.S.C. 1333.

2.     That the Defendant, CLASSIC CRUISES HOLDINGS S. DE R.L. d/b/a REGENT SEVEN SEAS CRUISES, is a foreign corporation, with its principal place of business in Miami, Dade County, State of Florida.

3.     That at all times material to there cause of action, the Defendant, CLASSIC CRUISES HOLDINGS S. DE R.L d/b/a REGENT SEVEN SEAS CRUISES, owned and/or operated the vessel Voyager and said vessel was employed and engaged in the carriage of passengers for hire on around-the-world cruises.

4.      That on or before May 8, 2010, the Plaintiff, VANESSA SCHUBERT, for a valuable consideration, purchased passage aboard the above-mentioned vessel for the purpose of a cruise.

5.      That on or about May 8, the Plaintiff, VANESSA SCHUBERT, was on the aforesaid vessel as a passenger for hire, her fare having been paid, entitling her to a 119 day cruise.

6.      That on or about May 8, 2010, during said cruise, Plaintiff, VANESSA SCHUBERT, by reason of the carelessness and negligence of the Defendant, its agent, employees, crew and dangerous conditions existing aboard the vessel, was caused to fall and be injured while attempting to enter the observation lounge.

7.      That the Defendant, CLASSIC CRUISES HOLDINGS S. DE R.L d/b/a REGENT SEVEN SEAS CRUISES, its agents, employees and crew, are guilty of negligence in the following acts of omission or commission:

a.      That they failed to maintain the ship, and specifically, the entrance to the observation lounge area, in a safe condition;

b.      That they created unreasonably dangerous conditions at the entrance to the observation lounge area by allowing a hole to exist in the floor plate;

c.      That they failed to warn the Plaintiff of the unreasonably dangerous condition created by the hole in the floor plate;

d.      That they knew or should have known of the unreasonably dangerous conditions created at the entrance to the observation lounge area by allowing a hole to exist in the floor plate;

e.      That they failed to correct the unreasonably dangerous condition created by the hole in the floor plate at the entrance to the observation lounge area.

Investigation and discovery are continuing and Plaintiff reserves the right to further amend the Complaint to allege other conditions which caused or contributed to Plaintiff's injuries.

8. That as a direct and proximate result of the negligence of the Defendant hereinabove alleged, the Plaintiff, VANESSA SCHUBERT, sustained severe injuries to her left leg, ankle and foot, aggravation of a pre-existing condition, and other injuries not yet diagnosed. Such injuries have caused her, and will in the future continue to cause her, great physical and mental pain and suffering; she has required the care and attendance of physicians for the care and treatment of her injuries; she has been permanently deprived of her ability to enjoy a full and normal life; she has sustained permanent injury.

WHEREFORE, the Plaintiff, VANESSA SCHUBERT, sues the Defendant, CLASSIC CRUISES HOLDINGS S. DE R.L , a foreign limited liability company, d/b/a REGENT SEVEN SEAS CRUISES, for compensatory damages in an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest, costs and pre-judgment interest, and demand a trial by jury of all issues triable as of right by jury.

I HEREBY CERTIFY that copies of the foregoing have been provided by mail to Richard Lara, Esquire, Mase Lara Eversole, P.A., 2601 S. Bayshore Dr., Suite 800, Miami, FL 33133, attorneys for Defendant this 7ᵗʰ day of April, 2011.

JOHN McLAUGHLIN
Wagner, Vaughan & McLaughlin, P.A.
601 Bayshore Boulevard, Suite 910
Tampa, Florida 33606
813/225-4000
813/225-4010 (facsimile)
Attorneys for Plaintiff
Florida Bar No. 193587